[No. 29900-7-III.   Division Three.   August 28, 2012.]

*In the Matter of the Personal Restraint of* CHAD R. JENSEN, *Petitioner.*

Petition for relief from personal restraint. *Granted in part* and *remanded* by unpublished opinion per Siddoway, J., concurred in by Korsmo, C.J., and Kulik, J.

[No. 66138-8-I.   Division One.   September 4, 2012.]

*In the Matter of the Marriage of* BARBARA CONGLETON, *Respondent,* and JAY CONGLETON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 09-3-05870-2, Julie A. Spector, J., entered September 27, 2010. *Reversed* and *remanded with instructions* by unpublished opinion per Leach, C.J., concurred in by Schindler and Lau, JJ.

[No. 66309-7-I.   Division One.   September 4, 2012.]

THE STATE OF WASHINGTON, *Respondent,* v. DENNIS JAMES BOGER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 10-1-00695-4, Michael Hayden, J., entered October 29, 2010. *Affirmed* by unpublished opinion per Becker, J., concurred in by Leach, C.J., and Grosse, J.

[No. 66972-9-I.   Division One.   September 4, 2012.]

THE STATE OF WASHINGTON, *Respondent,* v. R.T., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 10-8-04534-3, Christopher A. Washington, J., entered April 6, 2011. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Spearman, A.C.J., and Dwyer, J.